**Electronically Filed**
**Supreme Court**
**SCWC-17-0000373**
**16-NOV-2018**
**02:57 PM**

SCWC-17-0000373

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

LEON R. ROUSE, Petitioner/Plaintiff-Appellant,

vs.

ANDREW R. WALDEN, Respondent/Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000373; CIV. NO. 15-1-0995)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant Leon R. Rouse's application for writ of certiorari filed on September 20, 2018, is hereby rejected.

DATED: Honolulu, Hawaiʻi, November 16, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

